**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK, LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

We **GRANT** appellant's June 16, 2013 unopposed motion for an extension of time to file

a brief.  Appellant shall file its brief on or before September 3, 2013.


/s/    CAROLYN WRIGHT
       CHIEF JUSTICE